1    DENNIS J. HERRERA, State Bar #139669
     City Attorney
2    JOANNE HOEPER, State Bar #114961
     Chief Trial Deputy
3    PETER J. KEITH, State Bar #206482
     KIMBERLY A. BLISS, State Bar #207857
4    Deputy City Attorneys
     Fox Plaza
5    1390 Market Street, Sixth Floor
     San Francisco, California 94102-5408
6    Telephone:    (415) 554-3861
     Facsimile:    (415) 554-3837
7    E-Mail::       kimberly.bliss@sfgov.org

8    Attorneys for Defendants
     CITY AND COUNTY OF SAN FRANCISCO
9    AND SGT. DEAN SORGIE

10

11   DENNIS CUNNINGHAM, State Bar #112910
     115-A Bartlett Street
     San Francisco, CA  94110
12   Telephone:  415-285-8091
     Facsimile:  415-285-8092
13
     Attorney for Plaintiff J. HADLEY LOUDEN
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17   J. HADLEY LOUDEN,                         Case No. 06-4762 MHP

18              Plaintiff,                     **STIPULATION AND [PROPOSED]**
                                               **ORDER TO EXTEND THE TIME TO**
19        vs.                                  **COMPLETE MEDIATION**

20   SGT. (fnu.) SORGIE (#2245), JOHN          Judge:          Hon. M. Patel
     DOE NO.1. JOHN/JANE DOES NOS. 2-
21   X AND THE CITY AND COUNTY OF              Removal Date:   August 7, 2006
     SAN FRANCISCO,                            Trial Date:     Not Set
22
                Defendants.
23

24

25        On November 6, 2006, the parties filed a stipulation and proposed order indicating their

26   preference to participate in mediation to fulfill their ADR obligations in this case.  On November

27   8, 2006, the Court entered its Order referring the case to mediation.  Pursuant to ADR L.R. 6-4,

28   such mediation must take place on or before February 6, 2007.

     Stip. and Order To Extend Time To Complete Mediation    1        N:\LIT\LI2006\070044\00002284.DOC
     Louden v. CCSF et al., USDC Case No. C06-4762 MHP

1    At the case management conference in this case on November 27, 2006, the parties

2  informed the Court that mediation was unlikely to result in a resolution of this case until the

3  Court ruled on the Defendants' anticipated summary judgment motion.  Accordingly, the parties

4  agreed to—and the Court ordered—and expedited schedule for discovery and the filing of a

5  dispositive motion.  Any such motion must be filed on or before February 26, 2007, with the

6  hearing set for April 9, 2007.  The parties neglected, however, to request the Court to specifically

7  continue the date by which they needed to complete the ENE process.

8    Given the parties' belief that a mediation is unlikely to result in a resolution of this matter

9  until after a ruling on the Defendants' anticipated motion for summary judgment,  the parties

10  agree to the entry of an order extending the time to complete the ENE to May 7, 2007.  The

11  mediator, Stephen L. Schirle, has informed the parties that he does not oppose the parties'

12  request.

### STIPULATION

14    For the foregoing reason, the parties, through their undersigned counsel, stipulate and

15  agree to the entry of an order continuing to May 7, 2007, the deadline to conduct a mediation in

16  this case.

17  Dated:  January 19, 2007

18                                  DENNIS J. HERRERA
                                    City Attorney

19                                  JOANNE HOEPER
                                  Chief Trial Deputy

20

21                        By:_____/s/_____
                              KIMBERLY A. BLISS

22                                  Attorneys for Defendants
                                  CITY AND COUNTY OF SAN FRANCISCO

23                                  AND DEAN SORGIE

24  Dated:  January 19, 2007

25                                    DENNIS CUNNINGHAM, ESQ.

26                        By:_____/s/_____
                              DENNIS CUNNINGHAM

27                                  Attorneys Plaintiff J. HADLEY LOUDEN

28

N:\LIT\LI2006\070044\00002284.DOC

1                            **<u>ORDER</u>**

2

3        GOOD CAUSE appearing from the foregoing Stipulation, it is HEREBY ORDERED that

the deadline to conduct a mediation in this matter is extended to May 7, 2007.

       IT IS SO ORDERED.

Dated:    1/24/07                                        

                                  THE HONORABLE MARILYN HALL PATEL
                                    UNITED STATES DISTRICT JUDGE