1 Dennis Cunningham #112910
115-A Bartlett Street
2 San Francisco, CA 94110
415-285-8091 / FAX 285-8092
3
Attorney for the Plaintiff
4

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. HADLEY LOUDEN, | No. C06-4762-MHP |
| Plaintiff, | STIPULATION and (Proposed) ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| Sgt. DEAN SORGIE, #2245, JOHN DOE No.1, John/Jane DOES Nos. 2-X and The CITY & COUNTY of SAN FRANCISCO, | |
| Defendants. | |

The parties by their undersigned counsel hereby request the Court to enter an Order changing the schedule for amendment of the complaint and hearing of defendants' Motion for Summary Judgment, pursuant to stipulation between them, as follows:

Whereas, it has proved impossible for plaintiff, in circumstances spelled out in his *ex parte* motion filed February 15, 2007, to learn the identities of all the defendant officers originally named herein as John Does within the time originally set for amendment of the complaint to substitute their true names; and

Whereas, the additional time needed will impinge on the existing schedule for hearing defendants' motion for summary judgment; and

Whereas, counsel for both sides have trial commitments in March which will further restrict the time available to prepare the motion and response; and

Whereas, the parties are currently obligated to conduct a mediation in this case on or before May 7, 2007, but believe that a mediation is unlikely to result in a resolution of this matter

1

until after a ruling on the Defendants' anticipated motion for summary judgment,"

IT IS HEREBY STIPULATED that, if the Court agrees, these matters shall be rescheduled as follows:

| | |
|---|---|
| Last Day for plaintiff to submit his Amended Complaint: | March 30, 2007 |
| Last Day for defendants to move for Summary Judgment: | April 16, 2007 |
| Date for filing plaintiff's Answer to summary judgment motion: | April 30, 2007 |
| Date for filing defendants' Reply | May 7, 2007 |
| **Date for hearing defendant's summary judgment motion:** | May 21, 2007 |
| Last Day to hold Mediation | June 21, 2007 |

For Plaintiff J. HADLEY LOUDUN:

/s/
Dennis Cunningham

For Defendants Dean Sorgie and
The City & County of San Francisco
DENNIS J. HERRERA, City Attorney

By: /s/
Kimberly A. Bliss, D.C.A.

**IT IS SO ORDERED.**

Dated: 2/20/07

United States District Judge