DENNIS CUNNINGHAM, State Bar #112910
115 ½ Bartlett Street
San Francisco, CA 94110
Tel:   (415) 285-8091
Fax:   (415) 285-8092
denniscunningham@juno.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. HADLEY LOUDEN, <br><br> Plaintiff, <br><br> v. <br><br> DEAN SORGIE and The CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Defendants. | Case No. C-06-4672 4762 MHP <br><br> **STIPULATED REQUEST FOR CONTINUANCE OF MEDIATION DEADLINE;  [PROPOSED] ORDER** |

The parties, by their undersigned attorneys, respectfully request that the Court grant a futher short continuance of the deadline for completion of the mediation in this case.  The continuance is necessitated by the delay the parties experienced in obtaining x-rays from a third party hospital, as well as the opinions of their respective medical experts.  The parties attempted to reschedule the mediation for late February, but were unable to find a date that worked for all parties and the mediator.

As previously reported to the Court, a mediation session was held with Stephen A. Schirle on August 9, 2007.  At such mediation, Plaintiff expressed concern that the physical injury, which he alleges was the result of what he claims was excessive force used against him by defendant SFPD officers, in an incident in at the Carnaval festival in San Francisco in May,

2005, was not yet fully diagnosed --- and thus his prognosis was uncertain.

The plaintiff sought further medical attention since, at a clinic at Highland Hospital, in Oakland, in the effort to gain a reasonably certain prognosis. New x-rays were made, which have now been reviewed by the parties' retained experts, who have provided updated opinions to the parties about Plaintiff's injury and prognosis. This process is now all but complete, and it remains only for the parties to schedule and conduct another session with the Mediator. Calendar conflicts between counsel and mediator precluded a late February mediation, but the parties are meeting and conferrin—and checking the calendars of their clients—re the scheduling of a second session sometime during March 2008.

As we previously reported, counsel believe there is the case may settle in a further mediation session, as soon as all concerned can agree on a mutually workable date. We propose—as the Court has already ordered—that, in the event the mediation is unsuccessful, the Defendants may reset the already fully-briefed Motion for Summary Adjudication for hearing on 14 days' notice. Accordingly, the parties ask for an Order --- *nunc pro tunc* as of our previous deadline of February 8, 2008, which was missed, *mea culpa* because plaintiff's counsel was diverted just then with an upcoming argument in the Court of Appeals, and an intense bout of late-blooming discovery in a case set for trial March 31, 2008 --- extending the time to complete the ADR process to April 15, 2008, or thereabouts. We will surely have it done by then.

IT IS SO STIPULATED:

DATED: February 18, 2008

        DENNIS CUNNINGHAM

By: *s/ - Dennis Cunningham*
DENNIS CUNNINGHAM
Attorney for Plaintiff

DENNIS J. HERERRA
City Attorney of San Francisco

By *s/ - Kimberly Bliss*

2

TITLE

KIMBERLY BLISS, D.C.A.

**ORDER**

GOOD CAUSE appearing from the foregoing Stipulation, it is HEREBY ORDERED that the deadline to conduct a mediation in this case is continued to April 15, 2008. In the event that a further mediation does not resolve this case, defendants may reset the already-briefed Motion for Summary Adjudication by obtaining a motion hearing date from the Court's calendar clerk and filing a notice resetting the motion at least 14 days in advance of the hearing.

IT IS SO ORDERED.

Dated: 2/21/2008



THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE