1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   KIMBERLY A. BLISS, State Bar #207857
    Deputy City Attorneys
4   Fox Plaza
    1390 Market Street, Sixth Floor
5   San Francisco, California 94102-5408
    Telephone:      (415) 554-3861
6   Facsimile:      (415) 554-3837
    E-Mail::        kimberly.bliss@sfgov.org
7
    Attorneys for Defendants
8   CITY AND COUNTY OF SAN FRANCISCO,
    SGT. DEAN SORGIE, LT. DANIEL LEYDON,
9   OFFICER IGNACIO MARTINEZ, OFFICER
    BRIAN PHILPOTT AND OFFICER ED ROBLES
10

11  DENNIS CUNNINGHAM, State Bar #112910
    115-A Bartlett Street
12  San Francisco, CA  94110
    Telephone:  415-285-8091
13  Facsimile:  415-285-8092

14  Attorney for Plaintiff J. HADLEY LOUDEN

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17  J. HADLEY LOUDEN,                      Case No. 06-4762 MHP

18              Plaintiff,                 STIPULATION AND [PROPOSED]
                                           ORDER RE SETTING OF CASE
19       vs.                               MANAGEMENT CONFERENCE
                                           * AS AMENDED BY COURT
20  SGT. DEAN SORGIE (#2245), LT.          Judge:          Hon. M. Patel
    DANIEL LEYDON (#2243), Officers
21  IGNACIO MARTINEZ (#1102), BRIAN        Removal Date:   August 7, 2006
    PHILPOTT (#925) and ED ROBLES          Trial Date:     Not Set
22  (#1467), and The CITY AND COUNTY
    OF SAN FRANCISCO,
23
24              Defendants.

25

26

27

28

**BACKGROUND**

On April 15, 2008, the parties attended a second mediation session with Court-appointed mediator Steve Schirle.  The parties reached a settlement in principle.  Pursuant to the City's Charter, the settlement is subject to approval first by the San Francisco Police Commission (the "Commission") and then the San Francisco Board of Supervisors (the "Board").  If and when both the Commission and the Board approve the proposed settlement, Plaintiff will dismiss this lawsuit.  Board approval, however, requires the consideration of the settlement by the Board's Rules Committee, and then by the full Board at two regularly-noticed Board meetings.  Accordingly, the approval process can often take months to complete.

Currently, there are no deadlines associated with this case.  (The Defendants' Motion for Summary Adjudication was taken off-calendar to be reset for hearing if the case did not resolve at mediation).  Accordingly, the parties propose that the Court set a Further Case Management Conference for Friday, August 22, 2008 at 9:00 a.m.  The parties also propose filing a Stipulation of Dismissal or a Further Case Management Conference Statement describing the status of the settlement approval on or before August 15, 2008.

///

///

///

///

///

///

///

///

///

///

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **STIPULATION**

For the foregoing reason, the parties, through their undersigned counsel, stipulate and agree to the setting of a Further Case Management Conference on Friday, August 22, 2008 at 9:00 a.m.  The parties will file a Stipulation of Dismissal or a Joint Further Case Management Conference Statement on or before August 15, 2008.

Dated:  April 16, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy


By: _____/s/_____
KIMBERLY A. BLISS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SGT. DEAN SORGIE, LT. DANIEL LEYDON,
OFFICER IGNACIO MARTINEZ, OFFICER
BRIAN PHILPOTT AND OFFICER ED ROBLES

Dated:  April 16, 2008

DENNIS CUNNINGHAM, ESQ.

By: _____/s/_____
DENNIS CUNNINGHAM

Attorneys for Plaintiff J. HADLEY LOUDEN

///

///

///

///

///

///

///

///

///

///

Stip. and Order Re Setting of CMC
Louden v. CCSF et al., USDC Case No. C06-4762 MHP

3

1

## **ORDER**

2      GOOD CAUSE appearing from the foregoing Stipulation, it is HEREBY ORDERED that

                                                August 25, 2008 at 3:00 p.m.
3   this case is set for a Further Case Management Conference on ~~August 22, 2008 at 9:00 a.m.~~  The

4   parties shall submit a stipulation of dismissal or a further case management conference statement

5   on or before August 15, 2008.

6

7   Dated:  4/17/2008
                                    _____

8                                   THE HONORABLE MARILYN H. PATEL
                                    UNITED STATES DISTRICT JUDGE
9

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28