| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
| | Chief Trial Deputy |
| 3 | KIMBERLY A. BLISS, State Bar #207857 |
| | Deputy City Attorneys |
| 4 | Fox Plaza |
| | 1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408 |
| | Telephone:     (415) 554-3861 |
| 6 | Facsimile:      (415) 554-3837 |
| | E-Mail:          kimberly.bliss@sfgov.org |
| 7 | |
| | Attorneys for Defendants |
| 8 | CITY AND COUNTY OF SAN FRANCISCO, |
| | SGT. DEAN SORGIE, LT. DANIEL LEYDON, |
| 9 | OFFICER IGNACIO MARTINEZ, OFFICER |
| | BRIAN PHILPOTT AND OFFICER ED ROBLES |

DENNIS CUNNINGHAM, State Bar #112910
115-A Bartlett Street
San Francisco, CA  94110
Telephone: 415-285-8091
Facsimile:  415-285-8092

Attorney for Plaintiff J. HADLEY LOUDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| J. HADLEY LOUDEN, | Case No. 06-4762 MHP |
|---|---|
| Plaintiff, | **JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE TO ~~OCTOBER 24, 2008~~** October 20, 2008 at 3:00 p.m. |
| vs. | |
| SGT. DEAN SORGIE (#2245), LT. DANIEL LEYDON (#2243), Officers IGNACIO MARTINEZ (#1102), BRIAN PHILPOTT (#925) and ED ROBLES (#1467), and The CITY AND COUNTY OF SAN FRANCISCO, | Date:       August 22, 2008<br>Time:       9:00 a.m.<br>Judge:      Hon. M. Patel |
| Defendants. | Removal Date:  August 7, 2006<br>Trial Date:        Not Set |

Joint Further CMC Statement; [Proposed] Order        1        N:\LIT\LI2006\070044\00502683.DOC
Louden v. CCSF et al., USDC Case No. C06-4762 MHP

The parties in this case reached a tentative settlement, which, pursuant to the City's Charter, is subject to approval first by the San Francisco Police Commission (the "Commission") and then the San Francisco Board of Supervisors (the "Board"). If and when both the Commission and the Board approve the proposed settlement, Plaintiff will dismiss this lawsuit.

Accordingly, by Stipulation and Order, the Court set a Further Case Management Conference for August 22, 2008 at 9:00 a.m. The parties now file this Further Case Management Conference Statement to inform the Court that the the settlement has been approved by the Police Commission but must still be considered by the Board of Supervisors. Uunfortunately, the Board is currently in recess until September 9, 2008. Pursuant to the City's Charter, when the Board reconvenes, the settlement must be considered by the Board's Rules Committee, and then by the full Board at two regularly-noticed Board meetings. Accordingly, it is unlikely the parties will receive final approval of the settlement on or before October 7, 2008.

Accordingly, the parties propose that the Court set a Further Case Management Conference for Friday, October 24, 2008 at 9:00 a.m. The parties also propose filing a Stipulation of Dismissal or a Further Case Management Conference Statement describing the status of the settlement approval on or before October 17, 2008.

Dated: August 15, 2008

                                      DENNIS J. HERRERA
                                      City Attorney
                                      JOANNE HOEPER
                                      Chief Trial Deputy

                            By: _____/s/_____
                                KIMBERLY A. BLISS

                                Attorneys for Defendants

Dated: August 15, 2008

                                DENNIS CUNNINGHAM, ESQ.

                            By: _____/s/_____
                                DENNIS CUNNINGHAM

                                Attorneys for Plaintiff

**ORDER**

GOOD CAUSE appearing, it is HEREBY ORDERED that the Further Case Management Conference on August 22, 2008 at 9:00 a.m. is continued to ~~October 24, 2008 at 9:00 a.m.~~ **October 20, 2008 at 3:00 p.m.** The parties shall submit a stipulation of dismissal or a further case management conference statement on or before October 17, 2008.

Dated: 8/19/2008

THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Marilyn H. Patel