1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   KIMBERLY A. BLISS, State Bar #207857
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, Sixth Floor
5   San Francisco, California 94102-5408
    Telephone:     (415) 554-3861
6   Facsimile:      (415) 554-3837
    E-Mail:          kimberly.bliss@sfgov.org
7
    Attorneys for Defendants
8   CITY AND COUNTY OF SAN FRANCISCO,
    SGT. DEAN SORGIE, LT. DANIEL LEYDON,
9   OFFICER IGNACIO MARTINEZ, OFFICER
    BRIAN PHILPOTT AND OFFICER ED ROBLES
10

11
                        UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  J. HADLEY LOUDEN, | Case No. 06-4762 MHP |
| 15          Plaintiff, | **DEFENDANTS' FURTHER CASE STATUS CONFERENCE STATEMENT; [PROPOSED] ORDER CONTINUING FURTHER CASE STATUS CONFERENCE TO DECEMBER 29, 2008** |
| 16      vs. | |
| 17  SGT. DEAN SORGIE (#2245), LT. DANIEL LEYDON (#2243), Officers | Date:          October 24, 2008 |
|     IGNACIO MARTINEZ (#1102), BRIAN | Time:          3:00 p.m. |
| 18  PHILPOTT (#925) and ED ROBLES | Judge:         Hon. M. Patel |
|     (#1467), and The CITY AND COUNTY | |
| 19  OF SAN FRANCISCO, | Removal Date:    August 7, 2006 |
|     | Trial Date:       Not Set |
| 20          Defendants. | |

21

22

23          The parties in this case reached a tentative settlement, which, pursuant to the City's

24   Charter, is subject to approval first by the San Francisco Police Commission (the "Commission")

25   and then the San Francisco Board of Supervisors (the "Board").  If and when both the

26   Commission and the Board approve the proposed settlement, Plaintiff will dismiss this lawsuit.

27          Accordingly, by Stipulation and Order, the Court set a Further Case Status Conference

28   for October 24, 2008 at 3:00 p.m.  Defendants now file this Further Case Status Conference

1  Statement to inform the Court that the settlement is still being considered by the Board of

2  Supervisors' Rules Committee.[1]  Pursuant to the City's Charter, if and when the Rules Committee

3  approves the settlement, the settlement must still be considered by the full Board at *two*

4  regularly-noticed Board meetings and then be presented to the Mayor for signature.  Counsel for

5  the defendants is informed and believes that the earliest date the settlement could be finally

6  approved is November 28, 2008.  It then usually takes a short period for the Controller's office to

7  issue the settlement check.

8       Counsel for the defendants will be on an overseas vacation from November 17, 2008

9  through December 18, 2008.  Accordingly, defendants propose that the Court set a Further Case

10  Status Conference for Monday, December 29, 2008 at 3:00 p.m.  Defendants propose that the

11  parties file a Stipulation of Dismissal or a Joint Further Case Status Conference Statement

12  describing the status of the settlement approval on or before December 24, 2008.

13  Dated:  October 17, 2008

                                                DENNIS J. HERRERA
14                                              City Attorney
                                                JOANNE HOEPER
15                                              Chief Trial Deputy

16

17                                    By:   /s/  Kimberly A. Bliss
                                            KIMBERLY A. BLISS
18
                                            Attorneys for Defendants
19

20

21

22

23

24

25

26       [1] Counsel for defendants attempted to reach counsel Plaintiff's counsel by telephone and
    email on October 16, 2008, in hopes of filing this status conference statement and request for a
27  continuance jointly.  Plaintiff's counsel was apparently unable to respond.

28

1

**ORDER**

2      GOOD CAUSE appearing, it is HEREBY ORDERED that the Further Case Status

       January 12, 2009
3 Conference on October 24, 2008 at 3:00 p.m. is continued to ~~December 29, 2008~~ at 3:00 p.m.

4 The parties shall submit a stipulation of dismissal or a further case management conference

5 statement on or before December 24, 2008.

6

7 Dated:   10/17/08    _____



8                      THE HONORABLE MARILYN HALL PATEL
                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Further CMC Statement; [Proposed] Order        3
Louden v. CCSF et al., USDC Case No. C06-4762 MHP

N:\LIT\LI2006\070044\00516201.DOC