DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3861
Facsimile:      (415) 554-3837
E-Mail::          kimberly.bliss@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SGT. DEAN SORGIE, LT. DANIEL LEYDON,
OFFICER IGNACIO MARTINEZ, OFFICER
BRIAN PHILPOTT AND OFFICER ED ROBLES

DENNIS CUNNINGHAM, State Bar #112910
115-A Bartlett Street
San Francisco, CA  94110
Telephone: 415-285-8091
Facsimile:  415-285-8092

Attorney for Plaintiff J. HADLEY LOUDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. HADLEY LOUDEN, <br><br>                Plaintiff, <br><br>        vs. <br><br> SGT. DEAN SORGIE (#2245), LT. DANIEL LEYDON (#2243), Officers IGNACIO MARTINEZ (#1102), BRIAN PHILPOTT (#925) and ED ROBLES (#1467), and The CITY AND COUNTY OF SAN FRANCISCO, <br><br>                Defendants. | Case No. 06-4762 MHP <br><br> **REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL** <br><br> Judge:              Hon. M. Patel <br><br> Removal Date:   August 7, 2006 <br> Trial Date:         Not Set |

Stip. and Order Re Dismissal
Louden v. CCSF et al., USDC Case No. C06-4762 MHP

1

N:\LIT\LI2006\070044\00530736.DOC

The settlement of this matter has been finalized. Accordingly, the parties respectfully request that this case be dismissed with prejudice.

Dated: January 8, 2009

                                     DENNIS J. HERRERA
                                     City Attorney
                                     JOANNE HOEPER
                                     Chief Trial Deputy

                            By: /s/
                                KIMBERLY A. BLISS

                                Attorneys for Defendants
                                CITY AND COUNTY OF SAN FRANCISCO,
                                SGT. DEAN SORGIE, LT. DANIEL LEYDON,
                                OFFICER IGNACIO MARTINEZ, OFFICER
                                BRIAN PHILPOTT AND OFFICER ED ROBLES

Dated: January 9, 2009

                                DENNIS CUNNINGHAM, ESQ.

                            By: /s/
                                DENNIS CUNNINGHAM

                                Attorneys for Plaintiff J. HADLEY LOUDEN

## **ORDER**

For good cause appearing, this case (including all parties and all claims and causes of action) is DISMISSED WITH PREJUDICE.

Dated: 1/9/2009

                            THE HONORABLE MARILYN HALL PATEL
                            UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel*